Stephen W. Tountas
KASOWITZ BENSON TORRES LLP
One Gateway Center
Suite 2600
Newark, NJ 07102
Tel: (973) 645-9462
Fax: (973) 643-2030

*Local Counsel for Plaintiffs*

Serena P. Hallowell (*pro hac vice* forthcoming)
Jonathan Gardner (*pro hac vice* forthcoming)
Eric J. Belfi (*pro hac vice* forthcoming)
Thomas W. Watson (*pro hac vice* forthcoming)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Tel: (212) 907-0700

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST and THE BOEING COMPANY EMPLOYEE SAVINGS PLANS MASTER TRUST,<br><br>     Plaintiffs,<br><br>  v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; J. MICHAEL PEARSON; HOWARD B. SCHILLER; ROBERT L. ROSIELLO; TANYA CARRO; and PRICEWATERHOUSECOOPERS,<br><br>     Defendants. | Civil Case No. _____<br><br>**PLAINTIFFS' RULE 7.1 STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs The Boeing Company Employee Retirement Plans Master Trust and The Boeing Company Employee Savings Plans Master Trust (collectively, "The Boeing Trusts") hereby certify as follows:

1. Plaintiffs The Boeing Trusts are tax-qualified trusts funding retirement plans sponsored by The Boeing Company and affiliates. The Boeing Company is a publicly held corporation with no parent corporation or publicly held corporation directly owning 10% or more of its stock.

2. To the best of The Boeing Trusts' knowledge, as of December 31, 2016, State Street Corporation was the beneficial owner of 10.4% of outstanding stock of The Boeing Company, approximately 55.8% of which (or approximately 5.8% of total shares outstanding) is held in The Boeing Company Employee Savings Plans Master Trust, for which State Street Bank and Trust Company acted as trustee.

2

| | |
|---|---|
| Dated: September 28, 2017 | Respectfully submitted, |
| **LABATON SUCHAROW LLP** | **KASOWITZ BENSON TORRES LLP** |
| s/Serena P. Hallowell | s/Stephen W. Tountas |
| Serena P. Hallowell (*pro hac vice* forthcoming)<br>Jonathan Gardner (*pro hac vice* forthcoming)<br>Eric J. Belfi (*pro hac vice* forthcoming)<br>Thomas W. Watson (*pro hac vice* forthcoming)<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>jgardner@labaton.com<br>shallowell@labaton.com<br>ebelfi@labaton.com<br>twatson@labaton.com | Stephen W. Tountas<br>One Gateway Center<br>Suite 2600<br>Newark, NJ 07102<br>Tel: (973) 645-9462<br>Fax: (973) 643-2030<br>stountas@kasowitz.com<br><br>*Local Counsel for Plaintiffs* |
| *Counsel for Plaintiffs* | |