UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST and THE BOEING COMPANY EMPLOYEE SAVINGS PLANS MASTER TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; J. MICHAEL PEARSON; HOWARD B. SCHILLER; ROBERT L. ROSIELLO; TANYA CARRO; and PRICEWATERHOUSECOOPERS,<br><br>Defendants. | Civil Action No. 17-7636 (MAS) (LHG) |

## STIPULATION AND ORDER

WHEREAS, Plaintiffs in the above-captioned action have filed a Complaint against Valeant Pharmaceuticals International, Inc., J. Michael Pearson, Howard B. Schiller, Robert L. Rosiello, Tanya Carro, and PricewaterhouseCoopers LLP (together, "Defendants," and together with Plaintiffs, the "Parties");

WHEREAS, counsel for Defendants have agreed to accept service of the Complaint;

WHEREAS, counsel for the Parties have conferred and agreed to adopt the existing briefing schedule as ordered by the Court in *Lord Abbett Investment Trust v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-6365(MAS)(LHG) (Dkt. No. 8) for the above-captioned case and *The Public Employees' Retirement System of Mississippi v. Valeant Pharmaceuticals International Inc., et al.*, No. 17-cv-7625(MAS)(LHG) for any motion(s) to dismiss that Defendants may file as their response to the Complaint; and

WHEREAS, counsel for the Parties have conferred and agreed that, in the interest of efficiency, in support of and opposition to any such motion to dismiss, the Parties will submit omnibus briefs covering the motions filed in this case, *The Public Employees' Retirement System of Mississippi v. Valeant Pharmaceuticals International Inc., et al.*, No. 17-cv-7625(MAS)(LHG), and *Lord Abbett Investment Trust v. Valeant Pharmaceuticals International, Inc., et al.*, No. 17-cv-6365(MAS)(LHG).

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel on behalf of the Parties, as follows:

(a) All Defendants will have until October 23, 2017 to answer, move to dismiss, or otherwise respond to the Complaint;

(b) In the event any of the Defendants move to dismiss the Complaint, Plaintiffs will then have until December 22, 2017 to oppose any such motions to dismiss, and the Defendants will then have until January 29, 2018 to file any replies in support of their motions to dismiss;

(c) Each Party shall submit omnibus briefs in support of or in opposition to the motions filed in this case, *The Public Employees' Retirement System of Mississippi v. Valeant Pharmaceuticals International Inc., et al.*, No. 17-cv-7625(MAS)(LHG), and *Lord Abbett Investment Trust v. Valeant Pharmaceuticals International, Inc., et al..*, No. 17-cv-6365(MAS)(LHG).

So Ordered this 18th day of October, 2017

*/s/ Michael Shipp*
Hon. Michael Shipp, USDJ

Stipulated and agreed to by:

DATED: October 17, 2017

| | |
|---|---|
| **KASOWITZ BENSON TORRES LLP** | **McCARTER & ENGLISH LLP** |
| /s/ Stephen W. Tountas | /s/ Richard Hernandez |
| Stephen W. Tountas | Richard Hernandez |
| One Gateway Center | 100 Mulberry Street |
| Suite 2600 | Newark, NJ 07102 |
| Newark, NJ 07102 | Telephone: (973) 848-8615 |
| Telephone: (973) 645-9462 | Fax: (973) 297-6615 |
| Fax: (973) 643-2030 | |
| | *Local Counsel for Valeant Pharmaceuticals* |
| *Local Counsel for Plaintiffs* | *International, Inc., Robert L. Rosiello,* |
| | *and Tanya Carro* |
| **LABATON SUCHAROW LLP** | **SIMPSON THACHER & BARTLETT LLP** |
| Serena P. Hallowell | |
| Jonathan Gardner | Paul C. Curnin |
| Eric J. Belfi | Jonathan K. Youngwood |
| Thomas W. Watson | Craig S. Waldman |
| 140 Broadway | Daniel J. Stujenske |
| New York, NY 10005 | Den McGee |
| Telephone: (212) 907-0700 | 425 Lexington Avenue |
| Fax: (212) 818-0477 | New York, NY 10017 |
| | Telephone: (212) 455-2000 |
| *Counsel for Plaintiffs* | Fax: (212) 455-2502 |
| | |
| | *Counsel for Valeant Pharmaceuticals* |
| | *International, Inc. and Robert L. Rosiello* |
| | |
| | **COOLEY LLP** |
| | |
| | William J. Schwartz |
| | Laura G. Birger |
| | 1114 Avenue of the Americas |
| | New York, NY 10036 |
| | Telephone: (212) 479-6000 |
| | Fax: (212) 479-6275 |
| | |
| | *Counsel for Tanya Carro* |

**DEBEVOISE & PLIMPTON LLP**

/s/ Holly S. Wintermute
Holly S. Wintermute
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Fax: (212) 909-6836

Jonathan R. Tuttle
Ada. F. Johnson
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 383-8000
Fax: (202) 383-8118

*Counsel for J. Michael Pearson*

**WINSTON & STRAWN LLP**

/s/ James S. Richter
James S. Richter
Melissa S. Bogad
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Fax: (212) 294-4700

*Counsel for Howard B. Schiller*

**CHIESA SHAHINIAN & GIANTOMASI PC**

/s/ A. Ross Pearlson
A. Ross Pearlson
One Boland Drive
West Orange, NJ 07052
Telephone: (973) 530-2100
Fax: (973) 530-2300

*Local Counsel for PricewaterhouseCoopers LLP*

**KING & SPALDING LLP**

James J. Capra
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2100
Fax: (212) 556-2222

Kenneth Y. Turnbull
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Fax: (202) 626-3737

*Counsel for PricewaterhouseCoopers LLP*