UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LORD ABBETT INVESTMENT TRUST-LORD ABBETT SHORT DURATION INCOME FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>Defendants. | Civil Action No. 17-6365 (MAS) (LHG) |
| THE BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST AND THE BOEING COMPANY EMPLOYEE SAVINGS PLANS MASTER TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>Defendants. | Civil Action No. 17-7636 (MAS) (LHG) |
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI,<br><br>Plaintiff,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al.,<br><br>Defendants. | Civil Action No. 17-7625 (MAS) (LHG)<br><br>**ORDER** |

This matter comes before the Court on fifteen motions to dismiss filed in the above matters. Plaintiffs opposed (ECF No. 83)[1] and Defendants (except Pearson) replied (ECF Nos. 99, 100, 101, 102). The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Local Civil Rule 78.1. For the reasons set forth in the accompanying Memorandum Opinion, and for other good cause shown:

IT IS on this 31st day of July, 2018, **ORDERED** that:

1. *Lord Abbett Investment Trust-Lord Abbett Short Duration Income Fund, et al. v. Valeant Pharmaceuticals International, Inc., et al.*, Civ. No. 17-6365 ("*Lord Abbett*"): Partial Motion to Dismiss by Valeant Pharmaceuticals International, Inc. and Robert Rosiello (ECF No. 61) is **GRANTED** as to Count VII (common law fraud) and Count VIII (negligent misrepresentation) and **DENIED** as to all other counts.

2. *Lord Abbett:* Partial Motion to Dismiss by Michael Pearson (ECF No. 62) is **GRANTED** as to Count VII (common law fraud) and Count VIII (negligent misrepresentation) and **DENIED** as to all other counts.

3. *Lord Abbett:* Partial Motion to Dismiss by Howard B. Schiller (ECF No. 58) is **GRANTED** as to Count VII (common law fraud) and Count VIII (negligent misrepresentation) and **DENIED** as to all other counts.

4. *Lord Abbett:* Motion to Dismiss by Tanya Carro (ECF No. 60) is **GRANTED** as to Count VII (common law fraud) and Count VIII (negligent misrepresentation) and **DENIED** as to all other counts.

5. *Lord Abbett:* Motion to Dismiss by PricewaterhouseCoopers LLP (ECF No. 59) is **GRANTED**.

---

[1] For ease of reference, record citations refer to *Lord Abbett*, No. 17-6365, unless otherwise specified.

6. *The Boeing Company Employee Retirement Plans Master Trust and The Boeing Company Employee Savings Plans Master Trust v. Valeant Pharmaceuticals International, Inc., et al.*, Civ. No. 17-7636 ("*Boeing*"): Partial Motion to Dismiss by Valeant Pharmaceuticals and Robert Rosiello (ECF No. 52) is **GRANTED** as to Count VII (common law fraud) and Count VIII (negligent misrepresentation) and **DENIED** as to all other counts.

7. *Boeing:* Partial Motion to Dismiss by Michael Pearson (ECF No. 53) is **GRANTED** as to Count VII (common law fraud) and Count VIII (negligent misrepresentation) and **DENIED** as to all other counts.

8. *Boeing:* Partial Motion to Dismiss by Howard B. Schiller (ECF No. 49) is **GRANTED** as to Count VII (common law fraud) and Count VIII (negligent misrepresentation) and **DENIED** as to all other counts.

9. *Boeing:* Partial Motion to Dismiss by Tanya Carro (ECF No. 51) is **GRANTED** as to Count VII (common law fraud) and Count VIII (negligent misrepresentation) and **DENIED** as to all other counts.

10. *Boeing:* Motion to Dismiss by PricewaterhouseCoopers LLP (ECF No. 50) is **GRANTED**.

11. *Public Employees' Retirement System of Mississippi v. Valeant Pharmaceuticals Interational, Inc., et al.*, Civ. No. 17-7625 ("*Mississippi*"): Partial Motion to Dismiss by Valeant Pharmaceuticals and Robert Rosiello (ECF No. 50) is **DENIED**.

12. *Mississippi:* Partial Motion to Dismiss by Michael Pearson (ECF No. 51) is **DENIED**.

13. *Mississippi:* Partial Motion to Dismiss by Howard B. Schiller (ECF No. 47) is **DENIED**.

14. *Mississippi:* Partial Motion to Dismiss by Tanya Carro (ECF No. 49) is **DENIED**.

15. *Mississippi:* Motion to Dismiss by PricewaterhouseCoopers LLP (ECF No. 48) is **GRANTED**.

s/ Michael A. Shipp<br>
**MICHAEL A. SHIPP**<br>
**UNITED STATES DISTRICT JUDGE**