

|  |  |
|---|---|
| Richard Hernandez<br>Partner<br>T. 973-848-8615<br>F. 973-297-6615<br>rhernandez@mccarter.com | McCarter & English, LLP<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br>www.mccarter.com |

January 9, 2020

**VIA ECF**

Hon. Dennis M. Cavanaugh
Special Master
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1300 Mount Kemble Avenue, P.O. Box 2075
Morristown, New Jersey 07962

**Re:** ***In re Valeant Pharmaceuticals International, Inc. Securities Litigation***, **Master File No. 15-cv-07658 (MAS) (LHG);** ***In re Valeant Pharmaceuticals International, Inc. Third-Party Payor Litigation***, **No. 16-cv-03087 (MAS) (LHG)**

Dear Judge Cavanaugh:

This firm represents Defendants Valeant Pharmaceuticals International, Inc. ("Valeant," n/k/a Bausch Health Companies Inc.) and certain individuals in the above-captioned litigation. Dean McGee, a member of the bar of the State of New York was admitted *pro hac vice*, or has a motion for admission pending, in the following matters on the following dates:

| Matter | Date |
|---|---|
| 15-cv-07658 (*In re Valeant Securities Litigation*) | May 17, 2017 |
| 16-cv-03087 (*In re Valeant Third-Party Payor Litigation*) | June 8, 2018 |
| 16-cv-05034 (*T. Rowe Price*) | September 22, 2017 |
| 16-cv-06127 (*Equity Trustees*) | September 22, 2017 |
| 16-cv-06128 (*Principal Funds*) | September 22, 2017 |
| 16-cv-07212 (*BloombergSen*) | February 16, 2017 |
| 16-cv-07324 (*Discovery Global*) | September 22, 2017 |
| 16-cv-07328 (*MSD Torchlight*) | September 22, 2017 |
| 16-cv-07494 (*Incline Global*) | September 22, 2017 |
| 16-cv-07496 (*VALIC Co. I*) | September 22, 2017 |
| 16-cv-07497 (*Janus Aspen*) | May 17, 2017 |
| 17-cv-06365 (*Lord Abbett*) | February 5, 2018 |
| 17-cv-06513 (*Okumus*) | February 5, 2018 |
| 17-cv-07552 (*Pentwater*) | January 29, 2018 |
| 17-cv-07625 (*Pub. Emps. Ret. Sys. of Miss.*) | February 5, 2018 |
| 17-cv-07636 (*Boeing*) | February 5, 2018 |
| 17-cv-12088 (*Första AP-Fonden*) | April 11, 2018 |
| 17-cv-12808 (*St. Bd. Of Admin. Of Fla.*) | April 11, 2018 |
| 17-cv-13488 (*Regents of the Univ. of Cal.*) | April 11, 2018 |
| 18-cv-00032 (*New York City Emps. Ret. Sys.*) | April 11, 2018 |
| 18-cv-00089 (*GMO Trust*) | April 11, 2018 |

ME1 32319894v.1

January 9, 2020
Page 2

| | |
|---|---|
| 18-cv-00383 (*Colonial First*) | April 11, 2018 |
| 18-cv-00846 (*Bharat Ahuja*) | April 11, 2018 |
| 18-cv-00893 (*Brahman Capital*) | April 11, 2018 |
| 18-cv-02286 (*Senzar Healthcare*) | May 2, 2018 |
| 18-cv-08595 (*2012 Dynasty UC*) | June 8, 2018 |
| 18-cv-08705 (*Hound Partners*) | June 20, 2018 |
| 18-cv-12673 (*Catalyst*) | October 19, 2018 |
| 18-cv-15286 (*Northwestern*) | February 1, 2019 |
| 18-cv-17393 (*Aly*) | February 1, 2019 |

Mr. McGee is no longer associated with Simpson Thacher & Bartlett LLP. Accordingly, pursuant to L. Civ. R. 101.1(c)(5), we respectfully request the Court's approval of Mr. McGee's withdrawal as *pro hac vice* counsel for Valeant, Robert Ingram, Anders Lönner, Robert L. Rosiello, Ari S. Kellen, Robert N. Power, Theo Melas-Kyriazi, Norma Provencio, Katharine B. Stevenson, Ronald H. Farmer, and Colleen A. Goggins. The other attorneys from McCarter & English LLP and Simpson Thacher & Bartlett LLP remain counsel of record and *pro hac vice* counsel for Valeant in the above-referenced matters.

If this request meets with Your Honor's approval, we respectfully request that Your Honor "so order" this letter, pursuant to L. Civ. R. 101(c)(5).

Respectfully submitted,

*/s/ Richard Hernandez*

Richard Hernandez

cc: All Counsel of Record (via ECF)


IT IS SO ORDERED this _____ day of _____, 2020.


_____
Honorable Dennis M. Cavanaugh, Special Master