| | |
|---|---|
| Stephen W. Tountas<br>KASOWITZ BENSON TORRES LLP<br>One Gateway Center<br>Suite 2600<br>Newark, NJ 07102<br>Tel: (973) 645-9462<br><br>*Local Counsel for Plaintiffs* | Jonathan Gardner (*pro hac vice*)<br>Eric J. Belfi (*pro hac vice*)<br>LABATON SUCHAROW LLP<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br><br>*Counsel for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE BOEING COMPANY EMPLOYEE RETIREMENT PLANS MASTER TRUST and THE BOEING COMPANY EMPLOYEE SAVINGS PLANS MASTER TRUST,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al,<br><br>　　　　　　Defendants. | Civil Action No. 17-7636 (MAS) (LHG)<br><br>**NOTICE OF WITHDRAWAL OF SERENA P. HALLOWELL** |

　　　　Notice is hereby given that Serena P. Hallowell, Esq. hereby withdraws as *pro hac vice* counsel for The Boeing Company Employee Retirement Plans Master Trust and The Boeing Company Employee Savings Plans Master Trust ("Plaintiffs"). Plaintiffs shall continue to be represented by:

| | |
|---|---|
| Stephen W. Tountas<br>One Gateway Center<br>Suite 2600<br>Newark, NJ 07102<br>Tel: (973) 645-9462<br>Fax: (973) 643-2030<br>stountas@kasowitz.com | Jonathan Gardner (*pro hac vice*)<br>Eric J. Belfi (*pro hac vice*)<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700<br>Fax: (212) 818-0477<br>jgardner@labaton.com<br>ebelfi@labaton.com |

| | |
|---|---|
| Dated: March 12, 2021 | Respectfully submitted, |
| **KASOWITZ BENSON TORRES LLP** | **LABATON SUCHAROW LLP** |
| s/Stephen W. Tountas | s/Eric J. Belfi |
| Stephen W. Tountas | Jonathan Gardner (*pro hac vice*) |
| One Gateway Center | Eric J. Belfi (*pro hac vice*) |
| Suite 2600 | 140 Broadway |
| Newark, NJ 07102 | New York, NY 10005 |
| Tel: (973) 645-9462 | Tel: (212) 907-0700 |
| Fax: (973) 643-2030 | Fax: (212) 818-0477 |
| stountas@kasowitz.com | jgardner@labaton.com |
| | ebelfi@labaton.com |
| *Local Counsel for Plaintiffs* | *Counsel for Plaintiffs* |